

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2016

No. 04-15-00706-CR

Barry Arthur **BROWN,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR7118A
Honorable Philip Kazen, Judge Presiding

## O R D E R

Appellant has filed a *pro se* motion requesting permission to supplement the brief filed by appellate counsel. Appellant is represented by Mr. James Oltersdorf. In Texas, appellants do not have a right to hybrid representation. *Rudd v. State*, 616 S.W.2d 623, 625 (Tex. Crim. App. 1981). Accordingly, the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court